UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY C. LATHAM,

                      Plaintiff,

-against-

TRANSIT AUTHORITY CIVIL- CIVIL
GOVERNMENT TRANSIT BUILDING,
Downtown Brooklyn,

                      Defendant.
------------------------------------------------------------X

JUDGMENT
09-CV- 1009 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2009 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 16, 2009, dismissing the complaint without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       July 20, 2009

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court